UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CINDY L. PERDUE, ) | |
| ) | |
| Plaintiff ) | |
| ) | No. 3:13-0889 |
| v. ) | Judge Nixon/Bryant |
| ) | **Jury Demand** |
| HMH, INC. And HENRY HOLLEMAN, ) | |
| ) | |
| Defendants ) | |

### O R D E R

This case was scheduled for an initial case management conference on October 28, 2013. No proposed initial case management order was filed as required by Local Rules.

The initial case management conference is rescheduled to **November 18, 2013, at 1:30 p.m., Courtroom 776**. Counsel shall file a proposed initial case management order at least **three** business days before this conference.

It is so **ORDERED**.

/s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge