# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| CINDY L. PERDUE, | ) |
|     Plaintiff, | ) |
| vs. | ) NO. 3:13 CV 889 |
| HMH, INC. and HENRY HOLLEMAN, | ) |
|     Defendant. | ) |

## INITIAL CASE MANAGEMENT ORDER

Pursuant to LR 16.01 (d), the following Initial Case management Plan is **adopted.**

1. **Jurisdiction:**

Jurisdiction is conferred on this Court pursuant to 42 U.S.C.A. §2000E et seq..

2. **Plaintiff's theory of the case:**

Plaintiff alleges that 42 U.S.C.A. §2000E et seq has been violated by the Defendants inasmuch as Plaintiff was an employee of HMH Inc. and Henry Holleman and Mr. Holleman discriminated against Plaintiff based on her gender. On numerous occasions Mr. Holleman sexually harassed Ms. Perdue and created a hostile working environment that resulted in Ms. Perdue being constructively terminated.

3. **Defendant's theory of the case:**

4. **Identification of the issues:**

    1. Whether or not Ms. Perdue was sexually harassed by Mr. Holleman.

    2. Whether or not Plaintiff was constructive terminated.

3. The extent of Plaintiff's damages

5. **Initial Disclosures and Staging of Discovery:**

Initial disclosures shall be made within sixty (60) days of the date of this Order. Written discovery and all discovery depositions should be completed by June 20, 2014.

6. **Dispositive motions:**

The deadline for filing dispositve motions shall be July 25, 2014. A response is due twenty (20) days after the Motion has been filed and reply is due fourteen (14) days after the date the response is filed. Any motions or responses or replies are limited to 25 pages and a reply is limited to 5 pages, absent Court permission for longer pleadings.

7. **Subsequent case management conferences:**

A follow up case management conference is set for May 20, 2014, at 9:30 a.m. by telephone. Counsel shall call (615) 695-2857 to participate.

8. **Alternate dispute resolution:**

The parties are not agreeing to an alternate dispute resolution, however, the parties do agree to mediate this matter prior to August 30, 2014

9. **Target trial date:** Jury trial is set to begin on December 2, 2014, at 9:00 a.m. A pretrial conference shall be held on November 19, 2014, at 10:00 a.m. before Senior Judge Nixon.

It is so **ORDERED:**

*s/ John S. Bryant*
**JOHN S. BRYANT**
United States Magistrate Judge


Approved for Entry:

**HAYNES, FREEMAN & BRACEY, PLC**

**/s/ Kirk L. Clements**_____
**KIRK L. CLEMENTS BPR No. 020672**
Attorney for Plaintiff
140 North Main Street
Goodlettsville, TN. 37072
(615) 859-1328


 **/s/ John Pellegrin**_____
**JOHN PELLEGRIN, BPR No. 007326**
Attorney for Defendant
113 West Main St.
Gallatin, TN. 37066
(615) 452-5844

j