ORDER:

A telephone hearing on this motion is set for September 12, 2014, at 9:30 A.M. Counsel shall call (615)695-2851 to participate.

John Bryant
USMJ

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT of TENNESSEE
at NASHVILLE

| | |
|---|---|
| CINDY L. PERDUE, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No.: 3:13 CV 889 |
| HMH, INC., and | ) JUDGE NIXON |
| HENRY HOLLEMAN, | ) MAGISTRATE JUDGE BRYANT |
| Defendants. | ) |

## MOTION

Pursuant to Local Rule 7.01, Defendant HMH, Inc. and Defendant Henry Holleman, individually (hereinafter "Defendants") respectfully move this Court to modify the current Scheduling Order.

For cause, Defendants have completed their written discovery requests and transmitted said responses to Plaintiff's counsel on or about April 14, 2014. Defendants have requested dates that could be made available for them to take the Plaintiff's deposition, as well as other of Plaintiff's witnesses; however, said depositions have not been scheduled nor completed. On or about June 16, 2014, Plaintiff's responses to Defendants' discovery requests were received by defense counsel. At this time, it is apparent that Defendants are not able to comply with the current Scheduling Order, which requires the completion of discovery depositions by June 20, 2014.